UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EDWARD GRIFFIN,

    Plaintiff,

v.                                           Case No: 2:17-cv-280-FtM-38CM

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **OPINION AND ORDER**[1]

Before the Court is United States Magistrate Judge Carol Mirando's Report and Recommendation. (Doc. 25). Judge Mirando recommends granting Plaintiff Edward Griffin's Uncontested Petition for EAJA Fees. No party objects to the Report and Recommendation, and the time to do so has expired.

A district judge "may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). The district judge "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." *Id.* And "[t]he judge

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

may also receive further evidence or recommit the matter to the magistrate judge with instructions." *Id.*

After examining the file independently, and upon considering Judge Mirando's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is now

**ORDERED:**

(1) United States Magistrate Judge Carol Mirando's Report and Recommendation (Doc. 25) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

(2) Plaintiff Edward Griffin's Uncontested Petition for EAJA Fees (Doc. 24) is **GRANTED**.

   a. The Court **AWARD** attorney's fees for $7,197.74 to Plaintiff pursuant to 28 U.S.C. § 2412(d).

   b. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the Government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel.

(3) The Clerk is **DIRECTED** to enter judgment for Plaintiff as to attorney's fees in the amount of **$7,197.74** under 28 U.S.C. § 2412(d).

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of December 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record